UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David R Howson,

    Plaintiff,

v.

Jail Director Nicholas Karafa, *et al.*,

    Defendants.

Case No. 2:21-cv-5199

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

On December 6, 2021, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending that Plaintiff's application to proceed *in forma pauperis* be denied. R&R, ECF No. 4. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 3–4.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED AS MODIFIED**. Plaintiff's application to proceed without prepayment of costs is **DENIED**, and he is **ORDERED** to pay the filing fee **WITHIN THIRTY DAYS**. Plaintiff is **CAUTIONED** that failure to pay the filing fee will result in a dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to close the case.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**