UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAVID R. HOWSON,**

    **Plaintiff,**

                              **Civil Action 2:21-cv-5199**
**v.**                            **Judge Michael H. Watson**
                              **Magistrate Judge Elizabeth P. Deavers**

**JAIL DIRECTOR KARAFA,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Plaintiff David R. Howson's Notice of Change in Address, Request for Service of Filings, and Motion for Extension of Time to Respond to Such. (ECF No. 9.) Plaintiff seeks "an extension of time to reply to any reports and recommendations, orders, or other filings issued between December 2, 2021 and [January 18, 2022]." (*Id.*) For good cause shown, Plaintiff's request, ECF No. 9, is **GRANTED**. Plaintiff shall have until **FEBRUARY 18, 2022** to respond to the Report and Recommendation, ECF No. 4.

    **IT IS SO ORDERED.**

**Date: January 25, 2022**                                          /s/ *Elizabeth A. Preston Deavers*
                                                                **Elizabeth A. Preston Deavers**
                                                                 **United States Magistrate Judge**